26 80294MISC SVK

FILED

SEP 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT FOR THE [INSERT DISTRICT] DISTRICT OF [INSERT STATE]**

**IN RE:** Subpoena to Google LLC, pursuant to 17 U.S.C. § 512(h)

**APPLICATION FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

**TO THE CLERK OF COURT:**

Pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h), the undersigned copyright owner hereby applies for and requests that the Clerk of Court expeditiously issue the attached proposed subpoena directed to Google LLC.

To satisfy the statutory requirements of 17 U.S.C. § 512(h)(2), the following documents are enclosed:

1. A copy of the notification of claimed infringement and confirmation of action under Google Reference Number 2-3802000041099 (Exhibit A).
2. A sworn declaration affirming the purpose of the subpoena (Exhibit B).
3. The proposed subpoena directed to the service provider (Exhibit C) with the requested data production schedule (Schedule A) attached.
4. A complete list of registered works encompassed under U.S. Copyright Office Case No. 1-15248142445 (Exhibit D).
5. *A check for the required $52.00 Miscellaneous Action filing fee.*

Please issue the subpoena and return it to the undersigned for service upon the provider.

Respectfully submitted,

Executed on this 11th day of September, 2026.

Signature: ______________________
Printed Name: Steven Christopher Contryman, d/b/a S.C. Contryman
Address: 18831 E 22ND DR, AURORA, CO. 80011
Phone: 3073314826
Email: sccontryman@sanzensekaiseries.com

## SCHEDULE A

## DOCUMENTS AND INFORMATION TO BE PRODUCED

Pursuant to 17 U.S.C. § 512(h), you are commanded to produce any and all documents, records, and electronically stored information (ESI) in your possession, custody, or control that are sufficient to identify the user(s), account holder(s), or entity(ies) associated with the account(s) responsible for uploading, publishing, or monetizing the infringing content associated with **Google Notice/Reference Number 2-3802000041099**, as referenced in the attached DMCA correspondence (Exhibit A).

This production must include, but is not limited to, the following identifying information regarding the associated account(s) and any linked Google Play Developer, Google Pay, or Google AdSense profiles:

**1. Identity & Business Affiliation:** All true legal names, corporate names, developer names, DBAs, and known aliases. This includes any employer names, business organization names, and corporate representative names provided during Google Play Developer identity verification.

**2. Contact Information:** All physical street addresses, workplace/business addresses, mailing addresses, billing addresses, email addresses (including primary, backup, and recovery emails), and telephone numbers.

**3. Verification Records:** Identifying information extracted from any identity verification documents submitted to Google to establish the account or monetize the works (e.g., driver's licenses, passports, D-U-N-S numbers, or Certificates of Incorporation).

**4. Financial & Payout Data:** All financial, payment, and payout information associated with the account. This includes bank account names and numbers, routing numbers, PayPal account email addresses, credit card numbers used for account fees, and any associated tax identification numbers (e.g., SSN, EIN, or foreign equivalent tax IDs).

**5. Digital Footprint:** All IP addresses (including associated dates, times, and time zones) used to register the account, log into the account, upload the infringing material, or access associated payment profiles.

**6. Account History:** The date and time of account creation, current account status, and any service cancellation, suspension, or termination dates.