FILED

SEP 29 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# U.S. District Court

## California Northern - San Jose

Receipt Date: Sep 29, 2026 2:23PM

Steven Countryman
18831 E 22nd Dr
Aurora, CO 80011-5262

Rcpt. No: 511019923 Trans. Date: Sep 29, 2026 2:23PM Cashier ID: #MG (7364)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #22-124599836 | 09/29/2026 | $52.00 |
| | | | Total Due Prior to Payment: | $52.00 |
| | | | Total Tendered: | $52.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 26-mc-80294-SVK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.