FSC MIX Board FSC™ C106260

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

D STATES
. SERVICE®

PRIORITY®
MAIL

pecified for domestic use.

ude $100 of insurance (restrictions apply).*

included for domestic and many international destinations.

ırance.**

y, a customs declaration form is required.

ı items. For details regarding claims exclusions see the
ɜ.usps.com.

ıt *http://pe.usps.com* for availability and limitations of coverage.

ENVELOPE
GHT

NSURED

U.S. MARSHALS SERVICE
INSPECTED BY
2026

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE. Click-N-Ship®

P

usps.com
$9.87
US POSTAGE

9405 5301 0935 5603 0398 55 0098 7000 0309 5113

U.S. POSTAGE PAID
Click-N-Ship®

09/23/2026
0 lb 3 oz

Mailed from 80011 288874326100729

PRIORITY MAIL®

STEVEN CONTRYMAN
18831 E 22ND DR
AURORA CO 80011-5262

Created 2026-09-23
Flat Rate Envelope
RDC 03
C060

CLERK OF COURT U.S. DISTRICT COURT, SA
280 S 1ST ST RM 2112
SAN JOSE CA 95113-3008

USPS TRACKING #

9405 5301 0935 5603 0398 55

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.